IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN V. HARLESS,

        Plaintiff,                 No. CIV S-07-0600 FCD KJM P

    vs.

ROSEANNE CAMPBELL, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 29, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 16, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 11, 2007.

                                                                   U.S. MAGISTRATE JUDGE

/mp
harl0600.36