IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN V. HARLESS,

        Plaintiff,              No. CIV S-07-0600 FCD KJM P

   vs.

ROSEANNE CAMPBELL, et al.,

        Defendants.      <u>ORDER</u>

_____/

       Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of March 29, 2007.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

IT IS HEREBY ORDERED that:

1.  Plaintiff's June 18, 2007 motion for an extension of time is granted.

2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

3.  Plaintiff's June 22, 2007 motion for the appointment of counsel is denied.

DATED:  July 2, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
harl0600.36sec