1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BEN V. HARLESS,

11          Plaintiff,                    No. CIV S-07-0600 FCD KJM P

12       vs.

13    ROSEANNE CAMPBELL, et al.,

14          Defendants.             ORDER

15    _____/

16          Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17    dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

18          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

19    prejudice.

20    DATED:  September 17, 2007.

21                                    _____
                                      U.S. MAGISTRATE JUDGE
22

23

24

25

26